Melvin Palma
November 2, 2020
Alexandria, VA 22303

## SIXTH AMENDMENT

The Honorable Rossie D. Alston Jr.

Judge of the United States District Court for the Eastern District of Virginia

401 Courthouse Square, Alexandria, VA 22314

Dear Honorable Judge Rossie D. Alston Jr.,

    I'm writing to you today because my rights as an American citizen have been violated and I have suffered from ineffective counseling. This is due to the fact my attorney has been deceitful to my family and I. The information and legal counsel that has been provided thus far have lacked in communication and accuracy. For example, my attorney made me waive my speedy trial right without explaining to me how it could be detrimental to probing my case but it also postponed my ability to prove my innocence in a timely manner.

    Justice delayed is justice denied. I have also been peered pressured into taking a plea deal even though I have strongly emphasized I wanted to go to trial in order to prove my innocence. This is due to the facts I have previously stated which these cause a conflict of interest on my behalf that harms the integrity of my case. If my attorney can't be trustworthy, honest to me and does not have the best interest at heart to begin with, then it jeopardizes my right to have a fair trial. As a result, I will not get the legal representation that I'm entitled to and deserved as a United States citizen.

    With this being said, I humbly and respectfully ask you to allow that Mr. Robert Jenkins be assigned to represent me as my new attorney. We have already been in communication with each other and he has agreed to represent me as long as you grant this petition.

Respectfully yours,

*Melvin Palma*

## Sixth Amendment

Dear honorable Judge

I am writing you today because my rights as an American Citizen have been violated and I have suffered from ineffective counselling. Due to the fact that my attorney has been decietful to me and my family. Not olny did my attorney make me waive my speedy trials right without fully explaining to me how it could be detrimental to my case because not only did it prolong my case but it also postpone my ability to prove my innocence in a timely manner. Justice delayed is justice denied. I have also been peered pressured into taking a plea deal even though I have strongly emphasised I want to go to trial so I can prove my innocence. Due to the facts I have stated this causes a conflict of interest on my behalf that harms the integrity of my case because if my attorney can not be trustworthy, honest to me and does not have my best interest at heart to begin with then it jeopardizes my right

have a fair
to ~~go to~~ trial because I ~~won~~ will
not get the legal representation that
I am entitled to and deserve
as a United States citizen. With
this being said I asking you if
if assign Robert Jenkins to be
my new attorney. We have already been
in communication with each other
and he has agreed to represent me
as long as you grant it.

Melvin Palma
Alexandria, VA 22303

NOVA 220
3 NOV 2020 PM 4 L
Energy Awareness Month
USA FOREVER

The Honorable Rossie D. Alston Jr.
Judge of the United States District Court for
the Eastern District of Virginia
401 Courthouse Square, Alexandria, VA
22314

22314-579899