IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELVIN PALMA-FLORES,<br><br>*Defendant.* | Case No. 1:20-CR-142<br><br>Hon. Rossie D. Alston, Jr.<br><br>Trial Date: December 13, 2021 |

## STIPULATION CONCERNING LETTER EVIDENCE

The United States of America, by and through undersigned counsel, and the defendant Melvin Palma-Flores, through his counsel, for purposes of trial stipulate to the authenticity, foundation, proper chain of custody, and hearsay exceptions (Fed. R. Evid. 803 and 807) for the exhibits, testimony, and facts set forth below:

Government Exhibit 34 is a letter authored by the defendant and sent to Laila Sheehy in and around October 2020. Government Exhibit 35 is a letter authored by the defendant and sent to Laila Sheehy in and around December 2020.

*/s/ Melvin Palma*
Melvin Palma Flores

*/s/ Robert L. Jenkins*
Robert L. Jenkins
Counsel for Melvin Palma Flores

Jessica D. Aber
United States Attorney

By: */s/ Katherine Rumbaugh*
Michael P. Ben'Ary
Katherine E. Rumbaugh
Assistant United States Attorneys