IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | Case No. 1:20-CR-142 |
|---|---|
| v. | Hon. Rossie D. Alston, Jr. |
| MELVIN PALMA FLORES, | Trial: December 13, 2021 |
| *Defendant.* | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

| | EXHIBIT NO. | DESCRIPTION | ADMITTED/ NOT ADMITTED |
|---|---|---|---|
| | | **Crime Scene – October 26, 2019** | |
| ✓∘ | 1A | Photograph of Exterior of 7112 Fairchild Drive, Alexandria, VA   Roberts | |
| ✓∘ | 1B | Photograph of Exterior of 7112 Fairchild Drive, Alexandria, VA  Duffett, Roberts, Wallace | |
| ✓∘ | 1C | Photograph of Door with Bullet Hole  Roberts | |
| ✓∘ | 1D | Photograph of Stairwell from Above  Roberts | |
| ✓∘ | 1E | Photograph of Stairway and Door (close-up)  Roberts | |
| ✓∘ | 1F | Photograph of Shopper's Grocery Bag and Health Insurance Card for X.B.   Roberts | |
| ✓∘ | 1G | Photograph of Shopper's Grocery Bag and Baggie Containing Marijuana   Roberts | |
| ✓∘ | 1H | Photograph of Hoodie   Roberts | |
| ✓∘ | 1I | Photograph of Hoodie (close-up)   Roberts | |
| ✓∘ | 1J | Photograph of Hoodie with Hole in Arm (close-up)  Roberts | |
| ✓∘ | 1K | Photograph of Hoodie with Hole   Roberts | |

*Items marked with asterisk are physical exhibits and were previously made available for review by counsel. These items will be brought to court on the dates of trial.



∘ Used
✓

| | | | |
|---|---|---|---|
| ✓ | 1L | Photograph of Hoodie with Hole  Roberts | |
| ✓ | 1M | Photograph of Hoodie with Hole (close-up) Roberts | |
| ✓ | 1N | Photograph of Jeans | |
| ✓ | 1O | Photograph of Bullet Fragment | |
| ✓ | 1P | Photograph of Bullet Fragment | |
| ✓ | 1Q | Photograph of Bullet Fragment | |
| ✓ | 1R | Photograph of Bullet Entry Hole in Closet Door Inside Apartment  Roberts | |
| ✓ | 1S | Photograph of Bullet Entry Hole in Closet Door Inside Apartment (close-up) | |
| ✓ | 1T | Photograph of Bullet Hole on Interior Door  Roberts | |
| ✓ | 1U | Photograph of Bullet Hole on Interior Door (close-up) | |
| ✓ | 1V | Photograph of Bullet Hole on Interior Door (close-up) | |
| ✓ | 1W | Photograph of Pink Cigarette Lighter, Shoe, and Cell Phone on Stairs  Roberts, Wallace | |
| ✓ | 1X | Photograph of Shell Casing | |
| ✓ | 1Y | Photograph of Crime Scene Near Front of Steps – Evidence Markers 8, 9, 10, and 11 Roberts | |
| ✓ | 1Z | Photograph of Crime Scene Near Front of Steps – Evidence Marker 10 (close-up) Roberts | |
| ✓ | 1AA | Photograph of Shell Casing  Roberts | |
| ✓ | 1BB | Photograph of Evidence Marker 11 and Shell Casing | |
| ✓ | 1CC | Photograph of Shell Casing | |
| ✓ | 1DD | Photograph of Shell Casing (top)  Roberts | |
| ✓ | 1EE | Photograph of Shell Casing | |
| ✓ | 1FF | Photograph of Evidence Marker 12 and Bullet Fragment  Roberts | |
| ✓ | 1GG | Photograph of Bullet Fragment | |
| ✓ | 1HH | Photograph of Bullet Fragment | |

| | | | |
|---|---|---|---|
| ✓ | 1II | Photograph of Jacket Inside Closet   Roberts | |
| ✓ | 1JJ | Photograph of Bullet Hole in Jacket | |
| ✓ | 1KK | Photograph of Bullet Hole in Jacket | |
| ✓ | 1LL | Photograph of Bullet Inside Jacket   Roberts | |
| ✓ | 1MM | Photograph of Bullet Inside Jacket (close-up) | |
| ✓ | 1NN | Photograph of Indention of Door | |
| ✓ | 1OO | Photograph of Lower Portion of Door   Roberts | |
| ✓ | 1PP | Photograph of Scratched Paint on Door   Roberts | |
| ✓ | 1QQ | Photograph of Indentation on Door Above Keyhole   Roberts | |
| ✓ | 1RR | Photograph of Indentation on Door Above Keyhole | |
| ✓ | 1SS | Photograph of Door   Roberts | |
| ✓ | 1TT | Photograph of Shell Casing   Roberts | |
| ✓ | 1UU | Photograph of Blood on Stairs   Roberts | |
| ✓ | 1VV | Photograph of Blood on Stairs (close-up)   Roberts | |
| ✓ | 2 | Michael Roberts – Curriculum Vitae -   Roberts | |
| ✓ | 3A | Photograph of Trajectory Arrow in Interior Door   Roberts | |
| ✓ | 3B | Photograph of Trajectory Arrow in Interior Door   Roberts | |
| ✓ | 3C | Photograph of Bullet Hole in Lower Portion of Door   Roberts | |
| ✓ | 3D | Photograph of Trajectory Arrow with Compass   Roberts | |
| ✓ | 3E | Photograph of Trajectory Arrow Exterior of Door   Roberts | |
| ✓ | 3F | Photograph of Trajectory Arrow Exterior of Door   Roberts | |
| ✓ | 4 | Trajectory Analysis   Roberts | |
| ✓ | 5 | Trajectory Analysis   Roberts | |

3

| | | 911 Calls | |
|---|---|---|---|
| ✓• | 6A | 911 Calls from October 26, 2019 (on disc)  Wallace | |
| | 6B | 902.11 for 911 Calls on October 26, 2019 | |
| ✓• | 7A | 911 Calls from December 27 and 28, 2019 (on disc)  Wallace | |
| ✓• | 7B | Transcript for 911 Calls on October 26, 2019  Wallace | |
| | 7C | 902.11 for 911 Calls on December 27 and 28, 2019 | |
| | 8 | *Intentionally Left Blank* | |
| | | Autopsy Information | |
| ✓? | 9 | Medical Examiner's Report  Posthumus | |
| ✓• | 10 | Curriculum Vitae – Jocelyn Posthumus  Posthumus | |
| ✓ω | 11A | Photograph from Autopsy of X.B. Arm  Posthumus | |
| ✓• | 11B | Photograph from Autopsy of X.B. Arm (close-up)  Posthumus | |
| ✓ᵃ | 11C | Photograph from Autopsy of X.B. Arm with Trajectory Rod | |
| ✓c | 11D | Photograph from Autopsy of X.B. Scalp | |
| ✓• | 11E | Photograph from Autopsy of X.B. Skull | |
| | | Search Warrant – December 30, 2019 | |
| ✓ | 12A | Photograph of United States Currency | |
| ✓ | 12B | Photograph of United States Currency | |
| ✓ | 12C | Photograph of United States Currency | |
| ✓ | 12D | Photograph of Cartridge with Ammunition | |
| ✓ₐ | 12E | Photograph of Backpack  Roberts | |
| ✓ᵇ | 12F | Photograph of Backpack Contents  Roberts | |
| ✓ | 12G | Photograph of Food Saver Box | |

| | | | |
|---|---|---|---|
| ✓ | 12H | Photograph of Firearm   Roberts | |
| ✓ | 12I | Photograph of Ammunition on Table | |
| ✓ | 12J | Photograph of Nike Shoe Box Containing Loose Ammunition   Roberts | |
| ✓ | 12K | Photograph of Ammunition from Nike Shoe Box | |
| ✓ | 12L | Photograph of the Top of Ammunition from Nike Shoe Box | |
| ✓ | 12M | Photograph of Wallet with Melvin Palma-Flores Identification Card   Roberts | |
| ✓ | 12N | Photograph of United States Currency on Bed   Roberts | |
| ✓ | 12O | Photograph of United States Currency (side-view)   Roberts | |
| ✓ | 12P | Photograph of Magazine and Ammunition | |
| ✓ | 12Q | Photograph of Loaded Magazine | |
| ✓ | 12R | Photograph of Magazine | |
| ✓ | 12S | Photograph of Food Saver | |
| ✓ | 12T | Photograph of Marijuana in Food Saver Bag | |
| ✓ | 12U | Photograph of Marijuana in Atlas Mason Jar | |
| ✓ | 12V | Photograph of Foodsaver Plastic Sealer Bags | |
| ✓ | 12W | Photograph of Foodsaver Bags | |
| ✓ | 12X | Photograph of Backpack Containing Various Items | |
| ✓ | 12Y | Photograph of Scale with Residue   Roberts | |
| ✓ | 12Z | Photograph of Firearm | |
| ✓ | 12AA | Photograph of Magazine and Ammunition | |
| | | **Aerial Map** | |
| ✓ | 13 | Aerial Map   Duffett, Wallace, PalmaFlores | |

| | | Documents | |
|---|---|---|---|
| ✓ | 14 | Target Letter for K.W.   Worlds | |
| ✓ | 15 | Proffer Letter for K.W.   Worlds | |
| | | Bullets and Firearms | |
| ✓ | 16 | Commonwealth of Virginia Department of Forensic Science Certificate of Analysis for Items 10, 11, and 18 | McCarthy |
| ✓ | 17 | Cara McCarthy – Curriculum Vitae   McCarthy | |
| | 18 | ATF Firearm Trace Summary for Aero Precision Rifle (SN M4-0115506) | |
| | 19 | ATF Firearm Trace Summary for Aero Precision Rifle (SN X256060) | |
| ✓ | 20 | *Item 10 – One Remington 9mm Lugar Cartridge Case | McCarthy |
| ✓ | 21 | *Item 11 – One Remington 9mm Lugar Cartridge Case | McCarthy |
| ✓ | 22 | *Item 12 – One Bullet Fragment | McCarthy |
| ✓ | 23 | *Item 18 – One Remington 9mm Lugar Cartridge Case | McCarthy |
| ✓ | 24 | *Item 19 – One Bullet | McCarthy |
| ✓ | 25 | *Item 20 – One Bullet and Two Lead Fragments from Autopsy of X.B. | McCarthy |
| | | Cell Phone Extractions | |
| ✓ | 26 | *Apple iPhone Belonging to Melvin Palma Flores | |
| ✓ | 27 | Cellebrite Extraction Report for Apple iPhone Belonging to Melvin Palma Flores (on disc) | |
| | 28 | Brian W. Blayliss – Curriculum Vitae | |
| ✓ | 29A | Photograph of Marijuana   Wallace | |
| ✓ | 29B | Video of Marijuana in a Jar (on disc)   Wallace | |
| ✓ | 29C | Video of Marijuana in Hand and Baggie (on disc)   Wallace | |
| ✓ | 29D | Video of Marijuana (on disc)   Wallace | |
| ✓ | 29E | Photograph of Marijuana   Wallace | |

6

| ✓ | 29F | Photograph of Marijuana — Wallace | |
| ✓ | 30A | Photograph of Wallet Full of Money — Wallace | |
| ✓ | 30B | Video of Melvin Palma Flores with Money Laid On Floor (on disc) — Wallace | |
| ✓ | 30C | Video of Melvin Palma Flores with Money Laid On Ground (on disc) — Wallace | |
| ✓ | 30D | Photograph of Stack of Money in Hand — Wallace | |
| ✓ | 31A | Video of Melvin Palma Flores with Glock Box and Money on the Floor (on disc) — Wallace | |
| ✓ | 31B | Video of Melvin Palma Flores with Glock Box and Money on the Floor (on disc) — Wallace | |
| ✓ | 32 | Photograph of Marijuana and Money in Glove Box — Wallace | |
| ✓ | 33 | Social Media Post with Banana Clips | |
| ✓ | 51 | Cellebrite Extraction Report for X.B. Call Log — Wallace | |
| | | **Letters** | |
| ✓ | 34 | Letter 1 from Melvin Palma-Flores to L.S. — Roberts, Worlds, Sheehy, Wallace, Palma Flores | |
| ✓ | 35 | Letter 2 from Melvin Palma-Flores to L.S. — Roberts, Sheehy, Wallace, Palma Flores | |
| | 36 | Douglas R. Gudakunst – Curriculum Vitae | |
| | | **Cell Phone Analysis** | |
| ✓ | 37 | Kara White – Curriculum Vitae — White | |
| ✓ | 38 | Map of Cell Towers Utilized by Phone Numbers Ending in 3953 and 5420 on October 25, 2019 from 8:00 PM to 11:00 PM — Roberts, Wallace | |
| ✓ | 39 | Map of Cell Towers Utilized by Phone Numbers Ending in 3953 and 5420 from 11:00 PM on October 25, 2019 to 2:00 AM on October 26, 2019 — Roberts, Wallace | |
| ✓ | 40 | Map of Cell Towers Utilized by Phone Numbers Ending in 3953 and 5420 in the Kingstowne Area — Roberts | |
| ✓ | 41 | Map of Cell Towers Utilized by Phone Numbers Ending in 3953 and 5420 in the Arlington Drive Area — Roberts | |
| ✓ | 42 | Map of Cell Towers Utilized by Phone Numbers Ending in 3953 and 5420 in the Burgundy Road Area from October 25, 2019 from 9:00 PM to 4:00 AM on October 26, 2019 — Roberts | |

| | | | |
|---|---|---|---|
| ✓ | 43A | AT&T Records for Cell Site Location Data, and Call Detail Records 571-344-3953 (on disc) | |
| ✓ | 43B | 902.11 Certificate for AT&T Records in Exhibit 43A | |
| ✓ | 44A | AT&T Records for Network Event Location System (NELOS) Data Associated with 571-344-3953 (on disc) | |
| ✓ | 44B | 902.11 Certificate for AT&T Records in Exhibit 44A | |
| ✓ | 45A | Sprint/T-Mobile Records for L.S. Phone Number (on disc) | |
| ✓ | 45B | 902.11 Certificate for Sprint/T-Mobile Records in Exhibit 45A | |
| | | **Social Media** | |
| ✓ | 46A | Instagram Records for Melvin Palma Flores (on disc) | Wallace |
| ✓ | 46B | 902.11 Certificate for Instagram Records in Exhibit 46A | Wallace |
| ✓ | 47A | Video 1 from Instagram | Wallace, Palma Flores |
| ✓ | 47B | Video 2 from Instagram | |
| ✓ | 48A | Snapchat Records for Username sluttyyboyykay (on disc) | |
| ✓ | 48B | Selected Chats from Snapchat Records for Username sluttyyboyykay | Wallace, Palma Flores |
| ✓ | 48C | 902.11 Certificate for Snap Inc. Records in Exhibit 46A | |
| | | **Photographs** | |
| ✓ | 49A | Photograph of Crime Scene in Daylight | Wallace |
| ✓ | 49B | Photograph of Crime Scene in Daylight | Wallace |
| ✓ | 49C | Photograph of Crime Scene in Daylight | Wallace |
| ✓ | 49D | Photograph of Crime Scene in Daylight | Wallace |
| ✓ | 49E | Photograph of Crime Scene in Daylight | Wallace |
| ✓ | 49F | Photograph of Crime Scene in Daylight | Wallace |
| ✓ | 50 | Photograph of X.B. Brown | |

8

| | | Stipulations | |
|---|---|---|---|
| ✓ | 52 | Stipulation Concerning Letter Evidence | |
| ✓ | 53 | Stipulation Concerning Ballistic Evidence | |
| ✓ | 54 | Stipulation Concerning Cell Phone Evidence | |

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Michael P. Ben'Ary
Katherine E. Rumbaugh
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980