IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-142 |
| v. | Hon. Rossie D. Alston, Jr. |
| MELVIN PALMA FLORES, | Trial: December 13, 2021 |
| *Defendant*. | |

## VERDICT FORM

### Count One

As to **Count One**, Possession with Intent to Distribute Marijuana:

We, the jury, find the Defendant, Melvin Palma Flores,

Guilty __X__        Not Guilty _____

Go to page 2.

## Count Two

As to **Count Two**, Use of a Firearm in Relation to a Drug Trafficking Offense Resulting in Death by First-Degree Murder:

We, the jury, find the Defendant, Melvin Palma Flores,

    Guilty __X__        Not Guilty _____

Go to page 3.

## Count Three

As to **Count Three**, Witness Tampering:

We, the jury, find the Defendant, Melvin Palma Flores,

Guilty  X  　　　Not Guilty _____

Please sign form.

Redacted

12/16/21
Date

3