You say all this fucked up shit and blame me for everything but you knew about the warrant. You knew Katty was getting harassed. But you didn't give a shit about us. You got yourself a lawyer did you get us one? You bruised my ribs and bragged to your friends about how you beat my ass. You down talked me to bitches. You never gave me any loyalty. Your dad knew me and Katty had court. I asked him to help us get advice from a lawyer because they wasn't treating us fairly. Your dad said "I don't know what your talking about may God bless." His fucking exact words. He didn't give a sf about what we was going through because it wasn't his son. I told him he needed to get you another lawyer and he ignored shit until it got worse. He put his pride and selfish ass ego first. If you ever wondered why I hate going around your family all above is the reason why. Now you want to blame everything on me and talk shit to me? When I cry on the phone these are the reasons. When I tell you I don't know how I feel. Now you know. They put all those false charges on you and wanted to do the same to me.

DEFENDANT'S EXHIBIT
CASE NO. 1:20CR142
EXHIBIT NO. 1

You think I was going to go sit behind bars pregnant for someone who never gave a shit about me? How do you think I really found out about the bitch that was at your house? I showed you loyalty when you wouldn't do shit for me. I had musculosketel in my chest because of you. You gave me a std. All you ever did was fuck me over. You are a selfish piece of shit. We won't ever be a family. I have lost all love for you. Everytime I think about you I throw up. You make me sick to my stomach. I don't need you my son don't either. All you ever did was hurt me I am doing better than ever without you being around. All I ever wanted was peace and to be happy. You took that opportunity away from me, just when I started to find myself you destroyed me all over again because of some shit I couldn't control. When you talk about my son being apart of you and your father it makes me sick. I hope he is the total opposite of both of you.