1           UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF VIRGINIA
2              ALEXANDRIA DIVISION

3    ------------------------------x
                                   :
4    UNITED STATES OF AMERICA,      : Criminal Action No.
                                   :
5              versus              : 1:20-cr-142
                                   :
6    MELVIN PALMA FLORES,           : December 16, 2021
                                   :
7                    Defendant. : Volume IV of IV
     ------------------------------x

8

          The above-entitled Jury Trial was heard before the
9    Honorable Rossie D. Alston, Jr., United States District Judge

10                  A P P E A R A N C E S

11   FOR THE GOVERNMENT:    MICHAEL BEN'ARY, AUSA
                            KATHERINE RUMBAUGH, AUSA
12                          United States Attorney's Office
                            2100 Jamieson Avenue
13                          Alexandria, VA 22314

14   FOR THE DEFENDANT:     ROBERT L. JENKINS, Jr. ESQ.
                            1010 Cameron Street
15                          Alexandria, VA 22314

16

17   OFFICIAL U.S. COURT REPORTER:    MS. TONIA M. HARRIS, RPR
                                      United States District Court
18                                    401 Courthouse Square
                                      Tenth Floor
19                                    Alexandria, VA 22314

20

21

22

23

24

25

**P R O C E E D I N G**

(Court proceedings commenced at 9:12 a.m.)

        THE COURT:  Back on the record in the United States
of America versus Melvin Palma Flores.

        Counsel for Mr. Palma Flores is present as are
counsel for the government.  This matters comes on today for
consideration of the deliberation of the jury.

        We can go ahead and bring them in Ms. Tinsley.

        (Jury present.)

        THE COURT:  Good morning, ladies and gentlemen.

        THE JURY:  Good morning.

        THE COURT:  Obviously, you've begun your
deliberations.  I have to ask you the question that I always
have to ask typically, since we had the evening between when
we were last in court, were all of you able to live up to the
Court's instructions and not to discuss the case or any aspect
of the case with anyone?

        THE JURY:  Yes.

        THE COURT:  All have confirmed.  Ladies and
gentlemen, as we said yesterday, Ms. Tinsley is going to be
your liaison.  I am actually trying to run two dockets at the
same time today.  So I will be going up and down the elevator
dealing with other things, but we will be able to maintain
contact with you as we're trying to facilitate making sure
everyone gets justice.

1      The thing that we made -- need to make sure that

2  we're clear on is that you all cannot discuss the case or any

3  aspect of the case unless you all are in the jury room

4  together having an opportunity to fully participate.

5      Ladies and gentlemen, once again, if you have any

6  questions coordinate them through Ms. Tinsley and we will

7  answer them as quickly and as expeditiously as we can.

8      Thank you.  You may now return.

9      (Jury dismissed.)

10      THE COURT:  All right.  You all may be seated.

11      Counsel, we're doing something logistically that

12  have nothing to do with the substance of this matter.  We're

13  going to let the jury deliberate in another area because it

14  will make it more efficient for security.  As I have

15  indicated, I'm going to be running another docket in 601.  And

16  so, we are making some changes to accommodate that.  But

17  obviously, this matter is the priority.  If you could make

18  sure that you stay reasonably close.  If we have something

19  come up, we're going to come back to this courtroom, not 601.

20  So just come back here.

21      Any questions?

22      MR. JENKINS:  No, Your Honor.

23      MR. BEN'ARY:  No, Your Honor.

24      THE COURT:  Thank you.  Mr. Palma Flores, you remain

25  satisfied with the services of Mr. Jenkins?

1            THE DEFENDANT:  Yes, Your Honor.

2            THE COURT:  Thank you, sir.  I remand you to the

3    United States Marshal.

4            (Recess.)

5            (Court proceedings resumed at 12:10 p.m.)

6            THE COURT:  Let the record reflect that it is 12:10

7    p.m.  If we could, in the back, no one comes in after this.

8    Anybody that needs to come in, needs to come in now.  There's

9    someone standing out there.

10            It's 12:11 p.m. on December 16, 2021.  We have

11    received information that the jury has reached a verdict.

12    Ms. Tinsley, if you can bring the jury in.

13            (Jury present at 12:11 p.m.)

14            THE COURT:  Madam foreperson, has the jury reached a

15    verdict?

16            THE FOREPERSON:  Yes.

17            (Verdict passed to the Court.)

18            THE COURT:  The verdict is properly confirmed.  I'll

19    ask the clerk to please read the verdict.  You may stand, sir.

20            THE DEPUTY CLERK:  Case No. 2020-142.  United States

21    of America versus Melvin Palma Flores.

22            As to Count 1, possession with intent to distribute

23    marijuana, we the jury find the defendant, Melvin Palma

24    Flores, guilty.

25            As to Count 2, the use of a firearm in and relation

1    to a drug trafficking offense resulting in death by first

2    degree murder, we the jury find the defendant, Melvin Palma

3    Flores, guilty.

4            As to Count 3, witness tampering, we the jury find

5    the defendant, Melvin Palma Flores, guilty.

6            Signed by the foreperson and dated December 16,

7    2021.

8            Ladies and gentlemen of the jury, is this your

9    unanimous verdict?

10            THE JURY:  Yes.

11            THE COURT:  Kerry Smith, is this your verdict?

12            THE JUROR:  Yes.

13            THE DEPUTY CLERK:  Andrew Bubb-Clarke, is this your

14    verdict?

15            THE JUROR:  Yes.

16            THE DEPUTY CLERK:  Christopher Impink, is this your

17    verdict?

18            THE JUROR:  Yes.

19            THE DEPUTY CLERK:  Megan Chaney, is this your

20    verdict?

21            THE JUROR:  Yes.

22            THE DEPUTY CLERK:  Jimena Sanjines, is this your

23    verdict?

24            THE JUROR:  Yes.

25            THE DEPUTY CLERK:  Marc Mesmer, is this your

1    verdict?

2              THE JUROR:  Yes.

3              THE DEPUTY CLERK:  Nicholas Choate, is this your

4    verdict?

5              THE JUROR:  Yes.

6              THE DEPUTY CLERK:  Larry Nelson, is this your

7    verdict?

8              THE JUROR:  Yes.

9              THE DEPUTY CLERK:  Lauren Robey, is this your

10   verdict?

11             THE JUROR:  Yes.

12             THE DEPUTY CLERK:  Roger Casey, is this your

13   verdict?

14             THE JUROR:  Yes.

15             THE DEPUTY CLERK:  Dennis Sumlin, is this your

16   verdict?

17             THE JUROR:  Yes.

18             THE DEPUTY CLERK:  And Peter Toman, is this your

19   verdict?

20             THE JUROR:  Yes.

21             THE COURT:  Ladies and gentlemen, thank you for your

22   service.  As I indicated earlier when we first started this

23   trial, jury service is the most important thing, maybe next to

24   voting, that we can do.  I really appreciate your

25   attentiveness as did the parties to the litigation.

1          At this point, you're free to discuss the case with

2    anyone if you choose to do so.  Your responsibility, as far as

3    silence is concerned, is over.

4          Oftentimes, attorneys, and I know I did this when I

5    was a young attorney, would contact members of the jury, not

6    to necessarily question their verdict, but rather to ask them

7    what they could do to maybe do better.  We're always looking

8    to improve.  And sometimes attorneys do that just to get a

9    sense of what was maybe effective, what was not effective so

10   that they can actually improve their art.  Obviously, it is in

11   your discretion to choose whether to speak with anyone or not.

12         Oftentimes, during the deliberation of a case,

13   individuals of a jury will reveal confidences, things that

14   they don't necessarily want to be shared with the public

15   generally.  So I would ask that you all protect the

16   confidences of anyone who said anything that was personal or

17   private.

18         I thank you for your service.  We still have your

19   lunches available for you.  You can take them with you if you

20   choose to or you can eat them there.  But the bottom line is

21   this, thank you for your service.  It was so very important.

22   I wish you happy holidays.  I wish you safety, I wish you

23   grace, and I thank you again for the service that you provided

24   to this Court.

25         Thank you, ladies and gentlemen.

1          (Jury dismissed.)

2          THE COURT:  You may be seated.

3          Counsel, I've been presented an order directed to

4  maintain all exhibits offered and admitted in the above case

5  entitled by either party during and following trial and appeal

6  period and it is ordered that the clerk is hereby relieved of

7  all responsibility for said exhibits and that upon request of

8  the clerk, the custodian of the exhibits shall deliver said

9  exhibits to the clerk forthwith.  I've entered that order.

10          Is there any objection?

11          MR. BEN'ARY:  No, Your Honor.

12          MR. JENKINS:  No.

13          THE COURT:  Very good.  I'll direct that that be

14  made a part of the court record.

15          Mr. Jenkins, we need to schedule a sentencing date.

16          MR. JENKINS:  Yes, Your Honor.

17          THE COURT:  As you know we're both very busy in

18  April, May, and June.

19          MR. JENKINS:  Yes.

20          THE COURT:  The probation department has asked for

21  between 90 and 105 days which put us somewhere around March

22  16th unless you want to go out further.

23          MR. JENKINS:  Well, Your Honor, I think I will be

24  engaged in the Reccless Tiger RICO case before Judge O'Grady

25  at that time.  I don't know if Judge O'Grady plans to sit on

1  Fridays, but traditionally he does not.  So without having my

2  calendar with me I'm confident that I will be available on a

3  Friday, and then, as the Court knows, I begin the MS-13 RICO

4  case in April.

5           THE COURT:  I don't have any problem generally with

6  it, but we have tried to do, as shared occupants of this

7  building with other judges, we try to stay off of other

8  judge's dates to reduce the foot traffic in the courthouse,

9  and I believe Judge O'Grady day is Friday.  My day is

10  Wednesday.  I can work around it and I'll be more than willing

11  to sit and wait for you to finish your business with Judge

12  O'Grady, but I don't want to get blamed for increasing foot

13  traffic in the courthouse.

14          MR. JENKINS:  That's fine, Your Honor.  That's my

15  only limitation, is that I know we begin February 4th there

16  about.  And that's supposed to be eight weeks also.  That's

17  supposed to take me right up to the MS case.

18          THE COURT:  Goodness.  Based on the nature of the

19  charges by which your client was convicted, do you have any

20  problem maybe to extend it out until June?

21          MR. JENKINS:  I do not, Your Honor.

22          THE COURT:  And obviously that's because of the

23  circumstances, the changed circumstances that we have now that

24  he is a convicted individual who will remain in the charge of

25  the court pending his sentencing date.

1          MR. JENKINS:  Yes, Your Honor.

2          THE COURT:  How about June 29?

3          MR. JENKINS:  Again, without the benefit of my

4    calendar, but I'm fairly confident that that would be

5    acceptable, June 29.

6          MR. BEN'ARY:  Your Honor, if there arises a

7    scheduling conflict between now and then we'll get together

8    and --

9          THE COURT:  Get together and work it out.

10   Obviously, Mr. Jenkins, because we set the sentencing date out

11   a while some of the applicable rules suggest that your client

12   is entitled to a sentencing prior to that date.

13         Are you waiving that on his behalf?

14         MR. JENKINS:  We are, Your Honor.

15         THE COURT:  So we'll set this matter for June 29th,

16   2022 by 11 a.m. by agreement of all parties.

17         Mr. Palma Flores, your lawyer has suggested that

18   what he wants to do, so that he can better prepare for your

19   sentencing date on June 29th, is carry the case out a ways so

20   that he can better prepare.  Do you have any objection to

21   that, sir?

22         THE DEFENDANT:  No, Your Honor.

23         THE COURT:  Okay.  June 29th at 11:00 a.m.  Sir, do

24   you remain satisfied with the services of your counsel?

25         THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  Thank you, sir.

2          June 29, 2022 at 11:00 a.m.  All right.  I'll remand

3    you to the custody of the United States Marshals.  Counsel, if

4    you can remain.  Gentlemen if you can step him back.

5          (Defendant excused.)

6          THE COURT:  Counsel, it's a thing that we used to do

7    at the Court of Appeals of Virginia and the Fourth Circuit.

8    Customarily, it is my tradition whenever I have good lawyers

9    do a good job in a case and present -- advocate on behalf on

10   their interest in the case for me to come down and personally

11   shake their hands.

12         (Judge shake parties hands.)

13         MR. BEN'ARY:  Thank you, Your Honor.

14         MR. JENKINS:  Thank you, Your Honor.

15

16         **(Proceedings adjourned at 12:20 p.m.)**

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

I, Tonia Harris, an Official Court Reporter for the Eastern District of Virginia, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had and testimony adduced upon the Jury Trial in the case of the **UNITED STATES OF AMERICA versus MELVIN PALMA FLORES**, Criminal Action No.: 1:20-cr-142, in said court on the 16th day of December, 2021.

I further certify that the foregoing 12 pages constitute the official transcript of said proceedings, as taken from my machine shorthand notes, my computer realtime display, together with the backup tape recording of said proceedings to the best of my ability.

In witness whereof, I have hereto subscribed my name, this June 9, 2023.

Tonia M. Harris, RPR
Official Court Reporter